*E-Filed 4/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH STANLEY, | No. C 10-0585 RS (PR) |
| Petitioner, | **ORDER DISMISSING ACTION** |
| v. | |
| PEOPLE OF THE DISTRICT OF SACRAMENTO, | |
| Respondent. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, by March 12, 2010, or face dismissal of the action. Petitioner has filed an incomplete application, having failed to file a copy of his prisoner trust account statement showing transactions for the last six months, though he had been specifically directed to file such a document. Accordingly, the action is DISMISSED without prejudice. Petitioner's motion to proceed IFP (Docket No. 2) is DENIED.

This order terminates Docket No. 2.

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: April 1, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-0585 RS (PR)
ORDER OF DISMISSAL

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Joseph Stanley
F-27774
Duel Vocational Institution
23500 Kasson Road
Tracy, CA 95378

DATED: 04/1/2010

　　　　　　　　　　　　　　　　　　　　　s/ Chambers Staff
　　　　　　　　　　　　　　　　　　　　　Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

**United States District Court**
For the Northern District of California